IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONE RUGER, MODEL 10/22, .22 CALIBER RIFLE WITH BUSHNELL SCOPE AND MAGAZINE BEARING SERIAL NO. 244-68923; AMMUNITION; $608 U.S. CURRENCY; $80 U.S. CURRENCY,<br><br>　　　　Defendants. | Case No. 3:21-cv-196<br><br>**MOTION TO DISMISS CIVIL COMPLAINT** |

　　The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Matthew D. Greenley, Assistant United States Attorney, hereby moves the Court to dismiss the Verified Complaint for Forfeiture In Rem filed on October 20, 2021, because forfeiture of defendant property was resolved in a criminal action.  See <u>United States v. Corey Gunville et al.</u>, Case No. 3:22-cr-00027, D.N.D. Aug. 21, 2023, Final Order of Forfeiture (Doc. 257), and Judgment in a Criminal Case (Doc. 243).  Therefore, the United States respectfully requests that this Court enter an order dismissing this civil action.

　　Dated:  October 27, 2023

　　　　　　　　　　　　　　　　　　　　MAC SCHNEIDER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　　/s/ *Matthew D. Greenley*
　　　　　　　　　　　　　　　　　　MATTHEW D. GREENLEY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　MN Bar ID 034252X
　　　　　　　　　　　　　　　　　　655 First Avenue North, Suite 250
　　　　　　　　　　　　　　　　　　Fargo, ND  58102-4932
　　　　　　　　　　　　　　　　　　(701) 297-7400
　　　　　　　　　　　　　　　　　　matthew.greenley@usdoj.gov
　　　　　　　　　　　　　　　　　　Attorney for United States